# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYREE JACKSON, | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CORIZON HEALTH, INC., et al., | : | No. 17-2838 |
| *Defendants*. | : | |

## O R D E R

**AND NOW**, this 17th day of July, 2018, upon consideration of Defendants' Motion to Dismiss (Doc. No. 47), Plaintiff's Response (Doc. No. 51), Defendants' Reply (Doc. No. 52), and oral argument held on July 13, 2018, **it is ORDERED** that the Motion to Dismiss (Doc. No. 47) is **GRANTED in part and DENIED in part** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE