# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYREE JACKSON,** | : | |
| *Plaintiff,* | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **CORIZON HEALTH, INC., et al.,** | : | **No. 17-2838** |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this 16th day of July, 2019, upon consideration of Corizon Health Inc.'s Motion for Summary Judgment (Doc. No. 65), Dr. Vivian Gandy's Motion for Summary Judgment (Doc. No. 67), the responses and replies thereto (Doc. Nos. 70, 71, 79, and 80), the Court's May 24, 2019 Order dismissing all claims against Dr. Gandy (Doc. No. 78), and an oral argument held on May 24, 2019, **it is ORDERED** that:

1. Corizon Health Inc.'s Motion for Summary Judgment (Doc. No. 65) is **GRANTED** for the reasons set out in the accompanying Memorandum;

2. Mr. Jackson's claim against Corizon Health, Inc. is **DISMISSED WITH PREJUDICE**;

3. Dr. Gandy's Motion for Summary Judgment (Doc. No. 67) is **DEEMED MOOT**; and

4. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE