IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYREE JACKSON, *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| CORIZON HEALTH, INC., *Defendant* | : : : | No. 17-2838 |

## ORDER

**AND NOW**, this 4th day of September, 2019, upon consideration of Tyree Jackson's Motion for Reconsideration (Doc. No. 87) and Corizon Health, Inc.'s response (Doc. No. 89), **it is ORDERED** that Mr. Jackson's Motion (Doc. No. 87) is **DENIED** for the reasons set out in the accompanying Memorandum.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE